IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIRE AND POLICE RETIREE HEALTH CARE FUND SAN ANTONIO,<br><br>    *Plaintiff*<br><br>v.<br><br>RICHARD D. SACKLER., *et al.*<br><br>    *Defendants*. | Civil Action No. 4:19-cv-02089 |

## **DEFENDANTS CVS PHARMACY, INC., CVS TN DISTRIBUTION, L.L.C. AND CVS HEALTH CORPORATION'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants CVS Pharmacy, Inc. and CVS Health Corporation ("Defendants") provide this Certificate of Interested Persons and Corporate Disclosure Statement.

CVS TN Distribution, L.L.C. is wholly-owned by CVS Pharmacy, Inc., which is wholly-owned by CVS Health Corporation. No publicly held corporation owns 10% or more of CVS Pharmacy, Inc.

CVS Pharmacy, Inc. is wholly-owned by CVS Health Corporation. CVS Health Corporation is the only publicly-held corporation that owns 10% or more of CVS Pharmacy, Inc.

CVS Health Corporation is a publicly held corporation. CVS Health Corporation does not have any parent corporations, and no publicly-held corporation owns 10% or more of CVS Health Corporation.

1

Defendants state that the following persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation are identified as follows:

- Fire and Police Retiree Health Care Fund, San Antonio
- Richard D. Sackler
- Purdue Pharma, L.P.
- Purdue Pharma, Inc.
- The Purdue Frederick Company, Inc.
- Rhodes Pharmaceuticals, L.P.
- Insys Therapeutics, Inc.
- Insys Manufacturing LLC
- Teva Pharmaceutical Industries, Ltd
- Teva Pharmaceuticals USA, Inc.
- Cephalon, Inc.
- Johnson & Johnson
- Janssen Pharmaceuticals, Inc.
- Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.
- Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.
- Noramco, Inc.
- Endo Health Solutions, Inc.
- Endo Pharmaceuticals, Inc.
- Qualitest Pharmaceuticals, Inc.
- Allergan PLC f/k/a Actavis PLC f/k/a Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Laboratories, Inc. f/k/a Actavis LLC
- Actavis Pharma f/k/a Watson Pharma, Inc.
- Mallinckrodt PLC
- Mallinckrodt LLC
- McKesson Corporation
- Cardinal Health, Inc.
- AmerisourceBergen Corporation

- <u>Abbott Laboratories</u>
- <u>CVS Health Corporation</u>
- CVS Pharmacy, Inc.
- CVS TN Distribution L.L.C.
- <u>Walgreen Boots Alliance, Inc.</u>
- Walgreen Co.
- <u>Walmart, Inc.</u>

If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this case, Defendant will promptly file an amended certificate with the Clerk.

Dated: June 25, 2019

Respectfully submitted,

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: */s/ Mark E. Torian*
    **MARK E. TORIAN**
    Texas Bar No. 24028051
    mtorian@bradley.com

**ATTORNEY IN CHARGE**

4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 939-8700 (Telephone)
(214) 939-8787 (Facsimile)

Conor B. O'Croinin**\***
**ZUCKERMAN SPAEDER LLP**
100 East Pratt Street, Suite 2440
Baltimore, MD 21202–1031
(410) 949–1160
cocroinin@zuckerman.com

**\****Admitted Pro Hac Vice*

**ATTORNEYS FOR DEFENDANT
CVS HEALTH CORPORATION**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on June 25, 2019, via the Court's ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Mark E. Torian*
Mark E. Torian